Sidney S. RAND and Morris Selk, Appellants, v. E. FREDERICS, Inc., and Ernest O. Frederics, Appellees.

No. 170.

Circuit Court of Appeals, Second Circuit.
Feb. 3, 1930.

1014

W. Lee Helms, of New York City (William K. Dupre, Jr., of New York City, on the brief), for appellants.

Warfield & Watson, of New York City (Lawrence Bristol and Donald L. Brown, both of New York City, of counsel), for appellees.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.